PK

FILED
7/18/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JSL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

RECEIVED
JUN 06 2016
6-6-2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Larone F. Smith

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Case No: 1:16-cv-5946
(To Judge Amy J. St. Eve
Magistrate Judge Mary M. Rowland
PC2

Glen Trammell
Selu John
Nancy ChacKumkal
Tom Dart
Cermak Health Care

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

**I. Plaintiff(s):**

A. Name: Larone F. Smith

B. List all aliases: Laroniz Smith

C. Prisoner identification number: 20130104173

D. Place of present confinement: Cook County Jail

E. Address: P.O. Box 089002, Chicago IL, 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Glen Trammell

Title: Doctor

Place of Employment: Division 10 Health Care Clinic

B. Defendant: Nancy Chackumkal

Title: Nurse

Place of Employment: Division 10 Health Care Clinic

C. Defendant: Seiu John

Title: Nurse

Place of Employment: Divisio 10 Health Care Clinic

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

II. Defendant(s):

D. Defendant: Tom Dart
Title: Chief Sheriff of cook county
Place of Employment: Cook County

E. Defendant: Cermak Health Care
Title: Health care provider
Place of Employment: Cook County Jail

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: N\A

B. Approximate date of filing lawsuit: N\A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N\A

D. List all defendants: N\A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N\A

F. Name of judge to whom case was assigned: N\A

G. Basic claim made: N\A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N\A

I. Approximate date of disposition: N\A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was prescribed zoloft medication, after a couple of days of takeing it, I started to itch badly and as time went on it gave me headaches, coldsweats, and started makeing my private parts hurt when I urinated. Ounce I discovered these complications, I droped a medical slip immediately! On 4-13-15, I went to Div-10 health clinic and was seen by nurse "John" and notified him of all of the above problems. On 4-16-15 I was saw by Doctor "Trammell", and informed him of the same problems. On 4-29-15 I saw nurse "Nancy" and informed her of all my problems also and I returned again and saw nurse Nancy on 5-11-15 and recited the same problems to Nurse Nancy again. On the above dates I informed nurse "Nancy Chackumkal" nurse "Selu John" and doctor "Glen Trammell" OF the above problems with my phsych medication, each one of them told me they would set an appointment with an phsych doctor, but my apointment was never set and and if so, I never saw the phsych doctor. On none of these above dates do I feel

the nurses or doctor helped me to the best of there ability because I should of been seen by a phsych doctor and my medication should of been changed immediately, and in not doing so, I feel they neglected my mental and physical health. I have suicide attemps in my background and when I tried to stop takeing the medication I almost hurt my self out of depression and when I informed the doctor and nurses of my suicide attemps, I was told to continue to take the medication I also wrote grievances on several occassions and on the appeal of one of my grievances I was informed to continue to take my medication. On these above dates, doctor Trammell, nurse Nancy and nurse John should of sent me to the phsych doctor and got my medication changed immediately! Every appointment they said I had, it never came and I was on Zoloft for almost 3 months. In doing so I feel as if they neglected and abused my metal and physical health. With there act of negligence I now have permanate on and off headaches and I feel cook county medical staff did malpractice! With that being said I feel these are unfair inhumane actions. Everything above are recorded facts and this is my claim. This is my grievance contorol number 2015 2021.

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the Court to hold the people responcible for my permanate headaches and negligence showed toward me. With that said I should be awarded $500,000

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this May day of 27, 2016

Jarone J Smith
(Signature of plaintiff or plaintiffs)

Larone J. Smith
(Print name)

20130104173
(I.D. Number)

P.O. Box 089002,
Chicago IL, 60608

(Address)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☒ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: 2015202[illegible]

### INMATE INFORMATION *(Información del Preso)*

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de identificación)*: |
|---|---|---|
| Smith | Larone | 2013-0041173 |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: 000 Medical Treatment

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): Cermak

DATE REFERRED: 4 / 21 / 15

RESPONSE BY PERSONNEL HANDLING REFERRAL: Continue taking the medications the provider has ordered. You had been scheduled for followup appointment within the next week.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| Susan Shebel | [illegible] | [illegible] | 4 / [illegible] / [illegible] |

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| | | | / / |

| NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box): | INMATE SIGNATURE *(Firma del Preso)*: | DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida): |
|---|---|---|
| ☐ GRIEVANCE SUBJECT CODE: ______ ☐ NON-GRIEVANCE SUBJECT CODE: ______ | [signature] | 5 / 2 / 15 |

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

*** To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.**

**** Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.***

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud del la apelacion del detenido)*: 5 / 2 / 15

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion)*: [illegible] doctor [illegible] my [illegible] [illegible] the nurses [illegible] set up a appointment [illegible]

**ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**
*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?*

Yes *(Si)* ☐ No ☒

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a))*: You are scheduled to see the provider this week. Thank-you

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a))*: | SIGNATURE *(Firma del Administrador o / su Designado(a))*: | DATE *(Fecha)*: |
|---|---|---|
| Susan Shebel | Susan Shebel | 5 / 26 / 15 |

| INMATE SIGNATURE *(Firma del Preso)*: | DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibio respuesta a su apelacion)*: |
|---|---|
| [signature] | 6 / 1 / 15 |



049500

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: PIA

## INMATE INFORMATION *(Información del Preso)*

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de identificación)*: |
|---|---|---|
| Smith | Lavone | 20130004473 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE

(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: 140 Medical Prescriptions

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): Cermak

DATE REFERRED: 5 / 10 / 15

RESPONSE BY PERSONNEL HANDLING REFERRAL: Patient was seen in PCC ... [illegible]

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| Laura Seeman | [signature] | 16 | 6 / 2 / 15 |

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| | | | / / |

| NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box): | INMATE SIGNATURE *(Firma del Preso)*: | DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida): |
|---|---|---|
| ☐ GRIEVANCE SUBJECT CODE: ______ ☐ NON-GRIEVANCE SUBJECT CODE: ______ | [signature] | 6 / 9 / 15 |

## INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

*** To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.**

**** Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.***

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** ***(Fecha de la solicitud del la apelacion del detenido):*** ____ / ____ / ____

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion)*:

**ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**
*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?*

Yes *(Si)* ☐ No ☐

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a))*:

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a))*: | SIGNATURE *(Firma del Administrador o / su Designado(a))*: | DATE *(Fecha)*: |
|---|---|---|
| | | / / |

| INMATE SIGNATURE *(Firma del Preso)*: | DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibio respuesta a su apelacion)*: |
|---|---|
| | / / |

FCN-48 (Rev. 09/14) **WHITE COPY - PROGRAM SERVICES** **YELLOW COPY - CRW / PLATOON COUNSELOR** **PINK COPY - INMATE**

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

**!This section is to be completed by Program Services Staff - ONLY!** *(! Para ser llenado solo por el personal de Program Services !)*

| *GRIEVANCE FORM PROCESSED AS:* | *REFERRED TO:* |
|---|---|
| ☐ EMERGENCY GRIEVANCE | ☐ CERMAK HEALTH SERVICES |
| ☐ GRIEVANCE | ☐ SUPERINTENDENT: ________ |
| ☐ NON-GRIEVANCE (REQUEST) | ☐ OTHER: ________ |

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

**INMATE INFORMATION** *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | ID Number *(# de identificación)*: |
|---|---|---|
| DIVISION *(División)*: | LIVING UNIT *(Unidad)*: | DATE *(Fecha)*: 3 / 31 / 15 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso):*

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the request is deemed unsatisfactory.

** Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
** Las decisiones del Comité Disciplinario de los preso, no podrán ser cuestionadas o apeladas a través del uso del Formulario de Quejas / Respuesta / Forma de Apelación.*
** Cuando una queja se procesa como una QUEJAS NO (PETICIÓN), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*

PLEASE INCLUDE: Date of Incident - Time of Incident - Specific Location of Incident
*(Por Favor, Incluya: Fecha Del Incidente - Hora Del Incidente - Lugar Específico Del Incidente)*

ACTION THAT YOU ARE REQUESTING *(Acción que esta solicitando)*:

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información)*: | INMATE SIGNATURE *(Firma del Preso)*: |
|---|---|

**SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW / PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECEIVED: 4 / 1 / 15 |
|---|---|---|
| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: ___ / ___ / ___ |

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

# INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

**!This section is to be completed by Program Services Staff - ONLY!** *(! Para ser llenado sólo por el personal de Program Services !)*

*GRIEVANCE FORM PROCESSED AS:*

☒ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

*REFERRED TO:*

☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: ______
☐ OTHER: ______

## INMATE INFORMATION *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | ID Number *(# de identificación)*: |
|---|---|---|
| [illegible] | Larone | 20130104173 |
| **DIVISION** *(División)*: | **LIVING UNIT** *(Unidad)*: | **DATE** *(Fecha)*: |
| 10 | 4C | 4 / 23 / 15 |

## INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the request is deemed unsatisfactory.

** Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
** Las decisiones del Comité Disciplinario de los preso, no podrán ser cuestionadas o apeladas a través del uso del Formulario de Quejas / Respuesta / Forma de Apelación.*
** Cuando una queja se procesa como una QUEJAS NO (PETICIÓN), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*

PLEASE INCLUDE: Date of Incident - Time of Incident - Specific Location of Incident
*(Por Favor, Incluya: Fecha Del Incidente - Hora Del Incidente - Lugar Específico Del Incidente)*

[illegible]

ACTION THAT YOU ARE REQUESTING *(Acción que esta solicitando)*:

[illegible]

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información)*: [illegible]

INMATE SIGNATURE *(Firma del Preso)*: [illegible]

**SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW / PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECEIVED: |
|---|---|---|
| R Hubbs | [signature] | 4 / / 15 |
| **SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | / / |



049560

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☐ GRIEVANCE ☒ NON-GRIEVANCE (REQUEST)

CONTROL #: N/A

### INMATE INFORMATION *(Información del Preso)*

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de identificación)*: |
|---|---|---|
| Smith | Larone | 20130104173 |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: DOD Miscellaneous

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable): I/M submitted a grievance on 4/22/15 under control # 2015 2021. This issue has been addressed. See attached.

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): Inmate Services Admin

DATE REFERRED: 4/23/15

RESPONSE BY PERSONNEL HANDLING REFERRAL: RESPONSE IS PENDING NO NEED TO REFILE.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| L FENDERSON | [signature] | +30 MIN | 4/26/15 |

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| | | | / / |

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):

☐ GRIEVANCE SUBJECT CODE: ______

☐ NON-GRIEVANCE SUBJECT CODE: ______

INMATE SIGNATURE *(Firma del Preso)*:

DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida): ___/___/___

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

*** To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.**

** Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud del la apelacion del detenido):* ___/___/___

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion)*:

**ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**
*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?*

Yes *(Sí)* ☐ No ☐

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a))*:

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a))*: | SIGNATURE *(Firma del Administrador o / su Designado(a))*: | DATE *(Fecha)*: |
|---|---|---|
| | | / / |

INMATE SIGNATURE *(Firma del Preso)*:

DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibio respuesta a su apelacion)*: ___/___/___

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # |
| --- |
| |

**!This section is to be completed by Program Services Staff - ONLY!** *(! Para ser llenado solo por el personal de Program Services !)*

| GRIEVANCE FORM PROCESSED AS: | REFERRED TO: |
| --- | --- |
| ☒ EMERGENCY GRIEVANCE | ☐ CERMAK HEALTH SERVICES |
| ☐ GRIEVANCE | ☐ SUPERINTENDENT: ______ |
| ☐ NON-GRIEVANCE (REQUEST) | ☐ OTHER: ______ |
| Program Services Supervisor Approving Non-Grievance (Request) Signature | |

**INMATE INFORMATION** *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | ID Number *(# de identificación)*: |
| --- | --- | --- |
| Smith | Lorone | 2013010417 3 |
| DIVISION *(División)*: 10 | LIVING UNIT *(Unidad)*: 4C | DATE *(Fecha)*: 4 / 16 / 15 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso)*:

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the request is deemed unsatisfactory.

** Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
** Las decisiones del Comité Disciplinario de los preso, no podrán ser cuestionadas o apeladas a través del uso del Formulario de Quejas / Respuesta / Forma de Apelación.*
** Cuando una queja se procesa como una QUEJAS NO (PETICIÓN), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*

PLEASE INCLUDE: Date of Incident - Time of Incident - Specific Location of Incident
*(Por Favor, Incluya: Fecha Del Incidente - Hora Del Incidente - Lugar Específico Del Incidente)*

[illegible]

4-16-15

ACTION THAT YOU ARE REQUESTING *(Acción que esta solicitando)*:

[illegible]

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información)*: | INMATE SIGNATURE *(Firma del Preso)*: |
| --- | --- |
| Nurse [illegible] | [signature] Smith |

**SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW / PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECEIVED: |
| --- | --- | --- |
| | | ___/___/___ |
| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| | | ___/___/___ |



COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #**

**! This section is to be completed by Program Services staff - ONLY !** *(! Para ser llenado solo por el personal de Program Services !)*

*GRIEVANCE FORM PROCESSED AS:*

☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

*REFERRED TO:*

☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: ______
☐ OTHER: ______

**INMATE INFORMATION** *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | ID Number *(# de identificación):* |
|---|---|---|
| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* ___/___/___ |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso):*

- **An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.**
- **Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.**
- **When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.**

- ***Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.***
- ***Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.***
- ***Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.***

PLEASE INCLUDE: Date of Incident – Time of Incident – Specific Location of Incident
*(Por Favor, Incluya: Fecha Del Incidente – Hora Del Incidente – Lugar Específico Del Incidente)*

ACTION THAT YOU ARE REQUESTING *(Acción que esta solicitado):*

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE *(Firma del Preso):* |
|---|---|

**SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: 5/7/15 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: ___/___/___ |



COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

! This section is to be completed by Program Services staff - ONLY ! (! Para ser llenado solo por el personal de Program Services !)

GRIEVANCE FORM PROCESSED AS:

☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

Program Services Supervisor Approving Non-Grievance (Request) Signature

REFERRED TO:

☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: ______
☐ OTHER: ______

INMATE INFORMATION (Información del Preso)

| PRINT - INMATE LAST NAME (Apellido del Preso): Smith | PRINT - FIRST NAME (Primer Nombre): Larone | ID Number (# de identificación): 2015010471 5 |
|---|---|---|
| DIVISION (División): 10 | LIVING UNIT (Unidad): 4C | DATE (Fecha): 5/19/15 |

INMATE'S BRIEF SUMMARY OF THE COMPLAINT (Breve Resumen de los Hechos del Preso):

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

* *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
* *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
* *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*

PLEASE INCLUDE: Date of Incident - Time of Incident - Specific Location of Incident
(Por Favor, Incluya: Fecha Del Incidente - Hora Del Incidente - Lugar Específico Del Incidente)

[illegible handwriting]

ACTION THAT YOU ARE REQUESTING (Acción que esta solicitado):

[illegible handwriting]

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
(Nombre del personal o presos que tengan información:)

INMATE SIGNATURE (Firma del Preso): Larone Smith

SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): R Hobbs | SIGNATURE: [signature] | DATE CRW/PLATOON COUNSELOR RECIEVED: 5/26/15 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: __/__/__ |

(FCN-47)(NOV 11) (WHITE COPY - PROGRAM SERVICES) (YELLOW COPY - CRW/PLATOON COUNSELOR) (PINK COPY - INMATE)

0495660

RIFF'S OFFICE
ndado de Cook)

RESPONSE / APPEAL FORM
/ Respuesta / Forma de Apelación)

☐ GRIEVANCE ☒ NON-GRIEVANCE (REQUEST)

CONTROL #
N/A

## INMATE INFORMATION (Información del Preso)

| INMATE LAST NAME (Apellido del Preso): | INMATE FIRST NAME (Primer Nombre): | ID Number (# de identificación): |
|---|---|---|
| Smith | Larone | 20130104173 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE

(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: 190- Medical Prescription

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): Cermak

DATE REFERRED: 5 / 26 / 15

RESPONSE BY PERSONNEL HANDLING REFERRAL: [illegible]

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| [illegible] | [signature] | 10 | 6 / 15 / 15 |

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| | | | / / |

| NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box): | INMATE SIGNATURE (Firma del Preso): | DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida): |
|---|---|---|
| ☐ GRIEVANCE SUBJECT CODE: ______ ☐ NON-GRIEVANCE SUBJECT CODE: ______ | X Larone Smith | / / |

## INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

*** To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.**

** Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud del la apelacion del detenido):* ____ / ____ / ____

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion)*:

**ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**
*¿ Apelación del detenido aceptada por el administrador o/su designado(a)*

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del admin*

ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a))*: SIG

INMATE SIGNATURE *(Firma del Preso)*: